IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:17-CV-04021-NRB

_____/

ILYA MELNICHENKO, OLGA MILINTENKOVA, and
EVGENY TARASOV,

       Plaintiffs,

vs.

MR. MART, USA, LLC, PALMETTO GAS COMPANY, LLC,
PALMETTO 511, LLC, FOREST HILLS GAS COMPANY #502,
LLC, FRANK GUTTA, ALI JAFERI, and ABBAS M JAFERI,

       Defendants.
_____/

## COUNSEL FOR DEFENDANT FRANK GUTTA'S NOTICE OF DISCIPLINARY ACTION TAKEN BY FLORIDA SUPREME COURT

ANDREW M. KASSIER, ESQ. ("KASSIER"), counsel of record for Defendant FRANK GUTTA ("Defendant"), hereby serves notice to the Clerk of Court of the following disciplinary action taken against him by the Florida Supreme Court:

1.    On Thursday, March 1, 2018, an Order was issued by the Florida Supreme Court accepting a conditional guilty plea and consent judgment from KASSIER, who is a member of the Florida Bar,[1] and imposing the following discipline against him: a ten (10)-day suspension from the practice of law effective thirty days from the date of the order. *See* copy of Order of Florida Supreme Court, attached as Exhibit "A".

---

[1] KASSIER was admitted *pro hac vice* in this case.

1

2. Correspondence from the Florida Bar, mailed to KASSIER on March 5, 2018, and received by him on March 8, 2018, indicates that the period of suspension will actually commence on Monday, April 2, 2018, and "automatic reinstatement will occur on April 12, 2018." *See* copy of letter from the Florida Bar, attached hereto as Exhibit "B".[2]

3. This notice is being provided pursuant to both disciplinary rules of the Florida Bar, and Local Rule 1.5 of the Joint Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served using the CM-ECF service on all counsel of record this  14th  day of March, 2018.

        Respectfully submitted,

        ANDREW M. KASSIER, P.A.
        Dickman Building
        4500 LeJeune Road
        Coral Gables, Florida   33146
        (305)-662-1000 tel
        (305)-661-0909 fax
        kassiera@aol.com e-mail

BY:   *s/Andrew M. Kassier*
        ANDREW M. KASSIER, ESQ.
        (Florida Bar No. 316547)

        Attorneys for Defendant FRANK GUTTA

---

[2] Although not expressly stated in either the Order or the letter, KASSIER believes the ten-day period will not begin to run until April 2nd, as indicated in the letter, because the effective date of the suspension falls on a Saturday, March 31st.