# EXHIBIT "B"



# The Florida Bar

651 E Jefferson Street
Tallahassee, FL 32399-2300

850/561-5600
www.floridabar.org

**Joshua E. Doyle**
**Executive Director**

March 5, 2018

**VIA US Mail and E-Mail to kassiera@aol.com**

Mr. Andrew Michael Kassier
4500 S Le Jeune Road
Coral Gables, FL 33146-1813

Re:   The Florida Bar v. Andrew Michael Kassier; Supreme Court Case No.: SC18-183
      The Florida Bar File No.: 2018-70,067 (11A)

Dear Mr. Kassier:

Pursuant to the order of the Supreme Court of Florida dated March 1, 2018, you were suspended from the practice of law for a period of 10 days. The effective date of the suspension is April 2, 2018, and automatic reinstatement will occur on April 12, 2018. The filing of a motion for rehearing does not alter the effective date of the suspension. The court's order also assessed costs in the amount of $1,250.00. Your costs are due in this office no later than April 16, 2018. **Please review the attached Failure to Pay Notice as it may substantially affect your continuing ability to practice law.** If you are interested in being on a payment plan, and you qualify under the Delinquent Costs paragraph in the attached Failure to Pay Notice, you need to contact our office immediately.

You must follow the provisions of Rule 3-5.1(h). A copy of the order must be immediately provided to clients, opposing counsel or co-counsel, and certain courts, and you must provide an affidavit to us verifying that this has been done. A form affidavit is enclosed. Please note, providing a copy of the order to the clerk's office does not satisfy this rule. You must provide a copy of the order to the presiding judge. The executed affidavit must be provided to this office within 30 days of the court order **to wit**: April 2, 2018. If you had no clients or pending matters at the time the order was served in this case, the affidavit should so state. Should you accept employment with a Florida lawyer or law firm, additional requirements apply. Please see Rule 3-6.1 in this respect. In order to avoid an appearance of being a lawyer in good standing, you must eliminate all indicia of attorney status (social media, telephone listings, stationery, checks, business cards, office signs, etc.) during the term of suspension.

Mr. Andrew Michael Kassier
March 5, 2018
Page 2

Melissa Mara, Headquarters Paralegal, will be the contact person at The Florida Bar for issues relating to compliance with the court's order. Ms. Mara may be contacted at (850) 561-5776 should there be any questions regarding this matter.

Sincerely,

*Lisa Chason*

Lisa Chason, Compliance Coordinator
Lawyer Regulation Headquarters

Enclosures—Failure to Pay Notice, 3-5.1(h) affidavit