UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYA MELNICHENKO, OLGA MILINTENKOVA, and EVEGENY TARASOV<br><br>Plaintiff(s),<br><br>- against-<br><br>MR. MART USA, LLC, PALMETTO GAS COMPANY, LLC., PALMETTO 511, LLC., FOREST HILLS GAS COMPANY #502, LLC., FRANK GUTTA, ALI JAFERI, and ABBAS M. JAFERI<br><br>Defendant(s). | Civil Action No.<br>17-Civ-04021 (NRB) |

## STATUS REPORT REGARDING DISCOVERY

This Court's Order of March 5th, 2018 (Doc. 50) directed the parties to provide the Court with a status update every sixty (60) days.

The parties have met and conferred in an attempt to settle this matter privately.

There are currently no discovery disputes. The parties have not yet completed discovery but will work diligently to complete discovery prior to the September 8th, 2018 non-expert discovery deadline.

Signature: */s/Irina Shpigel*
Irina Shpigel, Esq.
Shpigel & Associates, P.C.
*Attorney for Plaintiffs*
110 Wall Street
New York, NY 10005
Tel (212) 390-1913
Fax (646) 355- 0242
E-mail: ishpigel@iselaw.com

1