UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYA MELNICHENKO, OLGA MILINTENKOVA, and EVEGENY TARASOV<br><br>Plaintiff(s),<br><br> - against-<br><br>MR. MART USA, LLC, PALMETTO GAS COMPANY, LLC., PALMETTO 511, LLC., FOREST HILLS GAS COMPANY #502, LLC., FRANK GUTTA, ALI JAFERI, and ABBAS M. JAFERI<br><br>Defendant(s). | Civil Action No.<br>17-Civ-04021 (NRB) |

## STATUS REPORT REGARDING DISCOVERY

This Court's Order of March 5th, 2018 (Doc. 50) directed the parties to provide the Court with a status update every sixty (60)- days.

Plaintiffs filed a status report in this matter on May 7th, 2018. At that time, the parties were working on settlement terms. The parties are not close to settling this matter.

Discovery is not yet complete, but the Parties will work to complete discovery by the September 8th, 2018 deadline. There are currently no discovery disputes.

Dated: New York, New York
      July 6th, 2018

Signature: */s/Irina Shpigel*
Irina Shpigel, Esq.
Shpigel & Associates, P.C.
***Attorney for Plaintiffs***
110 Wall Street, Suite 4-054
New York, NY 10005

1

Tel (212) 390-1913
Fax (646) 355- 0242
E-mail: ishpigel@iselaw.com