UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
ILYA MELNICHENKO, OLGA MILINTENKOVA and      Docket No.:
EVGENY TARASOV,      17-cv-04021 (NRB)

                               Plaintiff(s),

       -against-

MR. MART USA, LLC, PALMETTO GAS COMPANY,
LLC, PALMETTO 511, LLC, FOREST HILLS GAS
COMPANY #502, LLC, FRANK GUTTA, ALI JAFERI,
ABBAS M. JAFERI, MEHREEN SHAH, ESQ., a/k/a
MONA SHAH, ESQ., MONA SHAH P.C., SIROTA &
ASSOCIATES, P.C., VLADISLAV SIROTA,
and DANIEL ESTRIN,

                               Defendants.
-------------------------------------------------------------------------------X
MR. MART USA, LLC, a Florida limited liability company,
PALMETTO GAS COMPANY, LLC, a Florida limited
liability company, PALMETTO 511, LLC, a Florida limited
liability company, FOREST HILLS GAS COMPANY #502,
LLC, a Florida limited liability company, and FRANK
GUTTA, an individual,

                               Third-Party Plaintiffs,

       -against-

MONA SHAH, ESQ., an individual, MONA SHAH, P.C.,
a New York professional corporation, VLADISLAV
SIROTA, an individual, SIROTA & ASSOCIATES, P.C.,
a New York professional corporation, NADIM AHMED,
an individual, EDWIN SHAW, LLC, a New York limited
liability company, and DANIEL D. ESTRIN, ESQ.,
an individual,

                               Third-Party Defendants.
-------------------------------------------------------------------------------X

## **STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys of record for all parties, that the parties have resolved the above-entitled action and that

16

claims, first-party cross-claims, third-party claims and third-party cross-claims, without costs to any party as against the others.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

| | |
|---|---|
| Dated: New York, New York<br>　　　　July 23, 2020 | Dated: Plantation, Florida<br>July ___, 2020 |
| SHPIGEL & ASSOCIATES, P.C. | LAW OFFICE OF MARK S. ROHER, P.A. |
| */s/ Irina Shpigel*<br>By: Irina Shpigel, Esq.<br>250 Greenwhich Street, 46th Floor<br>New York, New York 10007<br>Tel: (212) 390-1913<br>Email: ishpigel@iselaw.com<br>*Attorneys for Ilya Melnichenko, Olga Milintenkova and Evgeny Tarasov* | _____<br>By: Mark S. Roher, Esq.<br>150 S. Pine Island Road, Suite 300<br>Plantation, Florida 33324<br>Tel: (954) 353-2200<br>Email: mroher@markroherlaw.com<br>*Attorneys for Mr. Mart USA, LLC, Palmetto Gas Company, LLC, Palmetto 511, LLC Forest Hills Gas Company #502, LLC and Ali Jaferi and Abbas M. Jaferi* |
| Dated: Miami, Florida<br>　　　　July ___, 2020 | Dated: Coral Gables, Florida<br>July ___, 2020 |
| PIANTINI & ASSOCIATES, P.A | ANDREW M. KASSIER, P.A. |
| _____<br>By: Albert J. Piantini, Esq.<br>7700 North Kendall Drive, Suite 607<br>Miami, Florida 33156<br>Tel: (786) 509-7001<br>Email: piant217@aol.com<br>*Attorneys for Frank Gutta,* | _____<br>By: Andrew M. Kassier, Esq.<br>4500 Lejeune Road<br>Coral Gables, Florida 33146<br>Tel: (305) 662-1000<br>Email: kassiera@aol.com<br>*Attorneys for Frank Gutta* |

the above-entitled action shall be and hereby is dismissed with prejudice, including all first-party claims, first-party cross-claims, third-party claims and third-party cross-claims, without costs to any party as against the others.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

Dated: New York, New York
      June __, 2020

SHPIGEL & ASSOCIATES, P.C.


_____
By: Irina Shpigel, Esq.
7 World Trade Center, 46th Floor
New York, New York 10007
Tel: (212) 390-1913
Email: ishpigel@iselaw.com
*Attorneys for Ilya Melnichenko, Olga*
  *Milintenkova and Evgeny Tarasov*

Dated: Plantation, Florida
      June 25, 2020

LAW OFFICE OF MARK S. ROHER, P.A.

_____
By: Mark S. Roher, Esq.
150 S. Pine Island Road, Suite 300
Plantation, Florida 33324
Tel: (954) 353-2200
Email: mroher@markroherlaw.com
*Attorneys for Mr. Mart USA, LLC, Palmetto*
  *Gas Company, LLC, Palmetto 511, LLC*
  *Forest Hills Gas Company #502, LLC and*
  *Ali Jaferi and Abbas M. Jaferi*

Dated: Miami, Florida
      June __, 2020

PIANTINI & ASSOCIATES, P.A


_____
By: Albert J. Piantini, Esq.
7700 North Kendall Drive, Suite 607
Miami, Florida 33156
Tel: (786) 509-7001
Email: piant217@aol.com
*Attorneys for Frank Gutta*

Dated: Coral Gables, Florida
      June __, 2020

ANDREW M. KASSIER, P.A.


_____
By: Andrew M. Kassier, Esq.
4500 Lejeune Road
Coral Gables, Florida 33146
Tel: (305) 662-1000
Email: kassiera@aol.com
*Attorneys for Frank Gutta*

the above-entitled action shall be and hereby is dismissed with prejudice, including all first-party claims, first-party cross-claims, third-party claims and third-party cross-claims, without costs to any party as against the others.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

Dated: New York, New York
June __, 2020

SHPIGEL & ASSOCIATES, P.C.


By: Irina Shpigel, Esq.
250 Greenwhich Street, 46th Floor
New York, New York 10007
Tel: (212) 390-1913
Email: ishpigel@iselaw.com
*Attorneys for Ilya Melnichenko, Olga Milintenkova and Evgeny Tarasov*

Dated: Miami, Florida
July 30, 2020

PIANTINI & ASSOCIATES, P.A


By: Albert J. Piantini, Esq.
7700 North Kendall Drive, Suite 607
Miami, Florida 33156
Tel: (786) 509-7001
Email: piant217@aol.com
*Attorneys for Frank Gutta,*

Dated: Plantation, Florida
June __, 2020

LAW OFFICE OF MARK S. ROHER, P.A.


By: Mark S. Roher, Esq.
150 S. Pine Island Road, Suite 300
Plantation, Florida 33324
Tel: (954) 353-2200
Email: mroher@markroherlaw.com
*Attorneys for Mr. Mart USA, LLC, Palmetto Gas Company, LLC, Palmetto 511, LLC Forest Hills Gas Company #502, LLC and Ali Jaferi and Abbas M. Jaferi*

Dated: Coral Gables, Florida
JULY June 30, 2020

ANDREW M. KASSIER, P.A.


By: Andrew M. Kassier, Esq.
4500 Lejeune Road
Coral Gables, Florida 33146
Tel: (305) 662-1000
Email: kassiera@aol.com
*Attorneys for Frank Gutta*

| | |
|---|---|
| Dated: Hawthorne, New York<br>June 15, 2020 | Dated: Brooklyn, New York<br>June _, 2020 |
| TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP | SHENDELL & POLLOCK, P.L. |
| _/s/ J. Patrick Carley, III_____<br>By: J. Patrick Carley, III, Esq.<br>Seven Skyline Drive<br>Hawthorne, New York 10532<br>Tel: (914) 347-2600<br>Email: pcarley@tlsslaw.com<br>*Attorneys for Sirota & Associates, P.C.,*<br>  *Vladislav Sirota and Daniel D. Estrin* | _____<br>By: Ilana S. Hanau, Esq.<br>66 Orange Street, #2B<br>Brooklyn, New York 11201<br>Tel: (917) 685-4358<br>Email: ilana@shendellpollock.com<br>*Attorneys for Mona Shah, Mona Shah, P.C.,*<br>  *Nadim Ahmed and Edwin Shaw, LLC* |

| | |
|---|---|
| Dated: Hawthorne, New York<br>  June _, 2020 | Dated: Brooklyn, New York<br>  June 23, 2020 |
| TRAUB LIEBERMAN STRAUS &<br>SHREWSBERRY LLP | SHENDELL & POLLOCK, P.L. |
| _____ | */s/ Ilana S. Hanau*_____ |
| By: J. Patrick Carley, III, Esq.<br>Seven Skyline Drive<br>Hawthorne, New York 10532<br>Tel: (914) 347-2600<br>Email: pcarley@tlsslaw.com<br>*Attorneys for Sirota & Associates, P.C.,*<br>  *Vladislav Sirota and Daniel D. Estrin* | By: Ilana S. Hanau, Esq.<br>66 Orange Street, #2B<br>Brooklyn, New York 11201<br>Tel: (917) 685-4358<br>Email: ilana@shendellpollock.com<br>*Attorneys for Mona Shah, Mona Shah, P.C.,*<br>  *Nadim Ahmed and Edwin Shaw, LLC* |